IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK T. STINSON**                                                                                   **PLAINTIFF**

**v.**                            **CASE NO. 2:23-CV-00240-BSM**

**JOHN P. YATES,** *et al.*                                                     **DEFENDANTS**

## **ORDER**

Mark Stinson's motion for leave to proceed *in forma pauperis* [Doc. No. 3] is granted; however, his complaint is dismissed on *res judicata* grounds because Stinson has made the same claims against the same defendants in four previous cases that were adjudicated on the merits. *See Stinson v. Yates, et al.*, Case No. 2:21-cv-111-DPM (E.D. Ark.) (Doc. No. 10); *Stinson v. Yates, et al.*, Case No. 2:22-cv-212-JM (E.D. Ark.) (Doc. No. 12); *Stinson v. Yates, et al.*, Case No. 2:22-cv-213-JM (E.D. Ark.) (Doc. No. 22); *Stinson v. Yates, et al.*, Case No. 2:23-cv-91-BSM (E.D. Ark) (Doc. No. 3); *see also Elbert v. Carter*, 903 F.3d 779, 782 (8th Cir. 2018) (setting out standards for dismissal under *res judicata*). Accordingly, this case is dismissed with prejudice. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 21st day of December, 2023.

                                                           */s/ Brian S. Miller*
                                                   UNITED STATES DISTRICT JUDGE