IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK T. STINSON**                                                                                      **PLAINTIFF**

**v.**                            **CASE NO. 2:23-CV-00240-BSM**

**JOHN P. YATES,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of December, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE